1002

[No. 8789–4–I. Division One. August 3, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN
THOMAS SCHANDEL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–01054–1, David C. Hunter, J., entered
April 14, 1980. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Callow and Corbett, JJ.

[No. 8806–8–I. Division One. August 3, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
B. MCGUFFIN, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 10389, Marshall Forrest, J., entered
April 11, 1980. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Callow and Corbett, JJ.

[No. 4366–II. Division Two. August 4, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. REX
CHARLES THOMAS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 79–1–00210–1, J. Dean Morgan, J., entered
September 28, 1979. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Reed, C.J., and Pearson, J.

[No. 5020–II. Division Two. August 5, 1981.]

*In the Matter of the Welfare of*
BILLY J. ASCHENBRENNER.

Appeal from a judgment of the Superior Court for Pierce
County, No. 29101, Hardyn B. Soule, J. Pro Tem., entered
August 28, 1980. *Affirmed* by unpublished opinion per
Reed, C.J., concurred in by Pearson and Petrich, JJ.